IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| JUAN ANTHONY REYES, JR., | ) | |
| | ) | |
| Movant, | ) | CIVIL ACTION NO. |
| | ) | 5:13-CV-173-C |
| V. | ) | CRIMINAL NO. |
| | ) | 5:05-CR-083-02-C |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

The Court having considered the Motion for Reconsideration filed by Juan Anthony Reyes, Jr. on August 12, 2013, is of the opinion that the same should be **DENIED**.

SO ORDERED.

Dated August 13, 2013.

SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE